NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2025-2095, 25-2096

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00241, IPR2024-00243.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              MASIMO CORPORATION v. APPLE INC.


(2)  Each side shall bear their own costs.



                                        FOR THE COURT




December 16, 2025
        Date                          Jarrett B. Perlow
                                      Clerk of Court


**ISSUED AS A MANDATE:** December 16, 2025